UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN KUKLOK,<br><br>      Plaintiff,<br><br>   v.<br><br>THE STATE OF NORTH DAKOTA,<br>WORKFORCE SAFETY AND INSURANCE,<br><br>      Defendant.<br>_____/ | Case Number: 3:14-cv-03480 EDL<br><br>ORDER CONTINUING CASE<br>MANAGEMENT CONFERENCE |

      You are hereby notified that the Case Management Conference previously scheduled for October 28, 2014 at 10:00 a.m. is continued to October 28, 2014 at 3:00 p.m. Deadlines associated with the Case Management Conference shall remain the same.

Dated: August 11, 2014

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRENDAN KUKLOK,

        Plaintiff,

  v.

THE STATE OF NORTH DAKOTA,
WORKFORCE SAFETY AND INSURANCE,

        Defendant.
                                    /

Case Number: 3:14-cv-03480 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2014, I SERVED a true and correct copy(ies) of the attached order, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brendan Kuklok
1770 Broadway, #408
Oakland, CA 94612

Dated: August 11, 2014

                                          Richard W. Wieking, Clerk

                                          By: /s/ Stephen Ybarra
                                               Deputy Clerk