IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDAN KUKLOK, | No. C -14-03480(EDL) |
| Plaintiff, | **SUA SPONTE ORDER OF REFERRAL** |
| v. | |
| STATE OF NORTH DAKOTA, et al., | |
| Defendants. | |

Pursuant to Local Rule 3-12(c), this matter is referred to the Honorable Nat Cousins for the purpose of considering whether it is related to the following case: Kuklok v. North Dakota, C-14-03450 NC.

**IT IS SO ORDERED.**

Dated: August 11, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge