# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRENDAN KUKLOK,<br><br>        Plaintiff,<br><br>    v.<br><br>STATE OF NORTH DAKOTA, WORKFORCE SAFETY AND INSURANCE,<br><br>        Defendant. | Case Number: 3:14-cv-03480 NC<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

      The Court will hold a case management conference on November 5, 2014 at 10:00 a.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The parties or lead counsel must appear in person and must be prepared to discuss all items mentioned in Civil Local Rule 16-10. No later than seven days before the conference, the parties must file in ECF a joint case management statement and proposed order. *See* Civil L.R. 16-9(a); Standing Order for all Judges of the Northern District of California. Please see this Court's Civil Standing Order for more information.

      IT IS SO ORDERED.

      DATED: September 9, 2014

                                                NATHANAEL M. COUSINS
                                                United States Magistrate Judge